UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-14-248 |
| Ali Mahmood Awad Irsan (1), Shmou Ali Alrawabdeh (2), Nadia Ali Irsan (3), | § § § § § | |
| Defendants. | § § | |

## Order Setting Hearing

A hearing will be held before Judge Lynn N. Hughes on Nile Irsan's motion to return seized property

on April 21, 2016,
at 2:00 p.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on April 6, 2016, at Houston, Texas.

_____
Lynn N. Hughes　USDJ
United States District Judge

| | |
|---|---|
| United States District Court | Southern District of Texas |

The United States of America, §
§
    Plaintiff, §
§
*versus* § Criminal H-14-248
§
Ali Mahmood Awad Irsan (1), §
Shmou Ali Alrawabdeh (2), §
Nadia Ali Irsan (3), §
§
    Defendants. §

## Order Setting Hearing

A hearing will be held before Judge Lynn N. Hughes on Nile Irsan's motion to return seized property

on April 21, 2016,
at 2:00 p.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on April 6, 2016, at Houston, Texas.

                                            Lynn N. Hughes
                                    United States District Judge